UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:

JOEY BENJAMIN CARTER,

   Plaintiff,

-vs-

MANASSEH JORDAN MINISTRIES,

   Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

1.   Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq*. ("TCPA").

## INTRODUCTION

2.   The TCPA was enacted to prevent companies like MANASSEH JORDAN MINISTRIES from invading American citizens' privacy and prevent abusive "robo-calls."

3.   "The TCPA is designed to protect individual consumers from receiving intrusive and unwanted telephone calls." Mims v. Arrow Fin. Servs., LLC, –US--, 132 S.Ct. 740, 745, 181 L.Ed.2d 881 (2012).

4.   "Senator Hollings, the TCPA's sponsor, described these calls as 'the scourge of modern civilization, they wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone out of the wall." 137 Cong. Rec. 30, 821 (1991) Senator Hollings presumably intended to give telephone subscribers another option: telling the autodialers to simply stop calling." *Osario v. State Farm Bank, F.S.B.,* 746 F. 3d 1242 (11th Cir. 2014).

1

**JURISDICTION AND VENUE**

5. Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §1331.

6. The alleged violations described herein occurred in Highlands County, Florida. Accordingly, venue is appropriate with this Court under 28 U.S.C. §1391(b)(2), as it is the judicial district in which a substantial part of the events or omissions giving rise to this action occurred.

**FACTUAL ALLEGATIONS**

7. Plaintiff is a natural person, and citizen of the State of Florida, residing in Highlands County, Florida.

8. Plaintiff is the "called party." See *Soppet v. Enhanced Recovery Co., LLC*, 679 F.3d 637, 643 (7th Cir. 2012), reh'g denied (May 25, 2012).

9. Defendant, MANASSEH JORDAN MINISTRIES (hereinafter "MJM") is a purported, unverifiable, unregistered entity controlled and operated by one, YAKIM MANASSEH JORDAN (hereinafter "YAKIM") from the last known address of 708 3rd Ave, 6th Floor, New York, NY 10163. At all times material to this complaint, YAKIM has portrayed the existence of MJM as an existing entity by using the name MJM to reserve rights on his website (http://www.prophetmanasseh.com), market and advertise and to sell products on the aforementioned website.

10. Plaintiff is the regular user and carrier of the cellular telephone number at issue and was the called party and recipient of Defendant MJM's hereafter described calls.

11. Defendant MJM intentionally harassed and abused Plaintiff on numerous occasions by contacting Plaintiff on his cellular telephone without Plaintiff's prior express consent.

12. Upon information and belief, each call the Defendant MJM made to the Plaintiff was made using a predictive dialer or an "automatic telephone dialing system" which has the capacity to store or produce telephone numbers to be called, without human intervention, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C §227(a)(1).

13. Furthermore, each of the calls at issue were placed by the Defendant MJM using a "prerecorded voice," as specified by the TCPA, 47 U.S.C. § 227(b)(1)(A).

14. Each call the Defendant MJM made to the Plaintiff's aforementioned cellular telephone number was done so without the "express permission" of the Plaintiff.

15. Plaintiff does not know, nor has he ever received services from Defendant.

16. Plaintiff does not know, nor has he ever, entered into a business relationship with Defendant.

17. Plaintiff has never provided his cellular telephone number to Defendant.

18. In or about January of 2013, Defendant MJM initiated its campaign of phone calls to the Plaintiff on his aforementioned cellular telephone. Upon receipt of the calls, Plaintiff's caller ID identified that the calls were being initiated from, but not limited to, the following phone numbers: (510) 275-1830, (818) 275-6311, (893) 453-3903, (704) 257-3531.

19. Immediately upon receipt of the first few calls from Defendant MJM, Plaintiff answered a call from Defendant MJM, received Defendant MJM's pre-recorded message, and heeded Defendant MJM's instruction stating "[t]o be removed from this call list please dial 1 800 481 1004" and complied with the instructions for removing himself from the call list by calling

"(800) 481-1004" and following the prompts to have his number removed from the call list, including inputting him aforementioned 10 digit cellular telephone number to confirm the calls would stop.

20. During the aforementioned phone calls from the Defendant MJM in which Plaintiff called the opt out line "(800) 481-1004" on his phone and followed the prompts to be removed from the Defendant MJM's call list, Plaintiff expressly revoked any express consent.

21. Plaintiff accurately followed Defendant MJM's prompts and instructions to have his aforementioned cellular telephone removed from Defendant MJM's calls list, yet Plaintiff's requests of the Defendant MJM demanding an end to the harassment were ignored.

22. Defendant has made over one thousand (1000) calls to Plaintiff's cellular telephone number, as will be established after a thorough review of Defendant MJM's records.

23. Plaintiff received the following pre-recorded telephone message on his voicemail or version thereof:

> [Male voice #1]: My dearest friend this is prophet Manasseh There is a word I must get into your ears urgently. Meet me on this live conference call.  That blessed number is 712 432 0900 and the participant code 219983# again that blessed number 30 EST that blessed number 712 432 0900 and the participant code 219983#.  I must get this urgent prophetic word in your ear.  There has been changes there has been shifts there has been things that you have been noticing that have been going wrong with your life things that you have not understood.  I must speak to you urgently.  Meet me on this live conference call tonight, tonight only 07:30 EST that blessed number 712 432 0900 and the participant code 219983# again that blessed number 712 432 0900 and the participant code 219983#.  It is time for you to receive this blessed word from heaven.
> [Male voice #2]: To be removed from this call list, please dial 1 800 481 1004. That number again is 1 800 481 1004.

24. Plaintiff received the following pre-recorded telephone message on his voicemail or a version thereof:

4

>[Male voice #1]: My dearest friend, this is prophet Manasseh. I'm coming to Los Angeles California. And I must place this specific anointed oil in your hands with special instructions. I'll be there on June 14 for this one night only miracle service. Whatever you do, do not allow the enemy to allow you to miss this event. I mist see you there. To register for this life changing event, for VIP registration now, I'm going to pass the phone to my assistant. Grab a blessed pen and paper, so that I will know that you will be there, for this is one of the most important times of your life. I must see you there in blessed Los Angeles California. And remember, master Jesus is still on the throne, and he loves you. I love you dearly my dear friend, talk to you soon. Here he is.
>[Male voice #2]: The number to dial is 1 800 203 0028. That number again is 1 800 203 0028. To be removed from this call list please dial 1 800 481 1004. That number again is 1 800 481 1004.

25. Plaintiff received several other pre- recorded telephone messages similar to those outlined above.

26. Despite actual knowledge of their wrongdoing, the Defendant MJM continued the campaign of abuse, calling the Plaintiff despite not having his express permission to call his aforementioned cellular telephone number.

27. Defendant MJM continued to leave voice messages using a pre-recorded or artificial voice message when calling the Plaintiff, despite acknowledging they did not have his express permission to do so.

28. Defendant MJM's corporate policy and procedures are structured as to continue to call individuals like the Plaintiff, despite these individuals revoking any consent the Defendant MJM may have had.

29. Defendant MJM's corporate policy and procedures provided no means for the Plaintiff to have his aforementioned cellular number removed from the call list even after following all the voicemail instructions.

30. Defendant MJM have a corporate policy of using an automatic telephone dialing system and/or a prerecorded or artificial voice message to collect debts from individuals such as Plaintiff for its financial benefit.

31. Defendant MJM has many similar complaints from consumers across the country, as those alleged in this lawsuit, by Plaintiff. (Over 32 pages with hundreds of complaints about the unwanted harassing calls) See http://800notes.com/Phone.aspx/1-800-318-7853/4

32. Defendant never had express consent to call the Plaintiff's cell phone. Furthermore, Plaintiff expressly revoked consent to Defendant MJM's placement of telephone calls to Plaintiff's aforementioned cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice immediately upon Defendant's placement of the calls.

33. None of Defendant MJM's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

34. Defendant MJM violated the TCPA with respect to the Plaintiff.

35. Defendant MJM willfully or knowingly violated the TCPA with respect to the Plaintiff.

## COUNT I

36. Plaintiff incorporates Paragraphs one (1) through thirty- five (35).

37. Defendant MJM caused placement of non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

38. Defendant MJM willfully and knowingly caused placement of non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal

law, including 47 U.S.C § 227(b)(1)(A)(iii).  Defendants continued to call Plaintiff's cell phone number after Plaintiff followed all the steps for removal from call list.

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant MANASSEH JORDAN MINISTRIES for statutory damages, punitive damages, actual damages and any other such relief the court may deem just and proper.

Respectfully submitted,

*/s/ Christopher W. Legg*
Christopher W. Legg, Esq.
Attorney for Plaintiff
Christopher W. Legg,  P.A.
3837 Hollywood Blvd., Ste. B
Hollywood, FL 33021
Tele:  (954) 962-2333
Florida Bar #:  44460
ChrisLeggLaw@gmail.com